UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20580-CIV-JEM

RAFAEL MERAN and all others similarly )
situated under 29 U.S.C. 216(b), )
                                      )
           Plaintiff,                 )
   vs.                                )
                                      )
RANK TRADE SERVICES, INC., and        )
RAFAEL AZNIELLES,                     )
                                      )
           Defendants.                )
_____)

**PLAINTIFF'S STATEMENT OF CLAIM**

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (relevant statutory period 2/18/13-5/12/15):**
Amount of half time per hour not compensated: $4.65
Weeks: 116
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $5,394 X 2 = $10,788

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 2/23/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**